**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| ,DAVID FONTES PAQUETTE, SR., )<br>      Plaintiff, )<br>      )<br>v. )<br>      )<br>CPC RULE PROGRAM ADMIN., et al., )<br>      )<br>      Defendant )<br>      )<br>      ) | No. 1:19-cv-00370-GZS |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on November 13, 2019, his Recommended Decision (ECF No. 19). Plaintiff filed his Objection to the Recommended Decision (ECF No. 21) on December 6, 2019.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is **ORDERED** that Plaintiff's claims are hereby **DISMISSED** except for the claim based on Plaintiff's contention that the sex offender program at the facility violates his Fifth Amendment right against self-incrimination.

                                                /s/George Z. Singal
                                                U.S. District Judge

Dated this 16th day of December, 2019.