## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **DAVID PAQUETTE FONTES, SR.,**  )<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>**CPC RULE PROGRAM ADMIN, et al.,**  )<br>)<br>**Defendants**  ) | No.  **1:19-cv-370-GZS** |

### ORDER AFFIRMING THE
### RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 35) filed May 26, 2020, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendant Fitzpatrick's Motion to Dismiss (ECF No. 30) is **GRANTED AS MOOT** and Plaintiff's Complaint (ECF No. 1) is, therefore, **DISMISSED**.

     /s/ George Z. Singal  
     United States District Judge

Dated this 19th day of June, 2020.